## SINGER MANUFACTURING COMPANY *v.* ADAMS, STATE REVENUE AGENT.

APPEAL FROM THE UNITED STATES CIRCUIT COURT OF APPEALS FOR THE FIFTH CIRCUIT.

No. 727.   Motion to dismiss or affirm submitted March 21, 1910.— Decided April 4, 1910.

Appeal from the Circuit Court of Appeals from a judgment reversing and remanding for further proceedings dismissed for want of final judgment.

*Mr. C. H. Alexander* for the appellant.

*Mr. Edward Mayes* for the appellees.

*Per Curiam.*   Appeal dismissed for want of final judgment. *Schlosser* v. *Hemphill*, 198 U. S. 173; *Haseltine* v. *Central Bank of Springfield, Missouri* (No. 1), 183 U. S. 130.